In re Coliseum Square Assoc.; Magazine Street Business Assoc; Allen, Robert M.; Dillon, Mickey; Dillon, Frank; Krup, Paula; Langland, Therese; Langland, Borge; Luer, Melissa; Luer, William H. M.D.; McKinney, Maxine; McKinney, W.M.; Noel, Charmaine G.; Noel, W.E.; Noto, Anna T.; Noto, Gerald; Richarme, Davis; Robin, Norman; Whidden, Frances M.; Whidden, Maybelle Van H.; Krup, Donald; applying for writ of certiorari and/or review; to the Court of Appeal, Fourth Circuit, No. CA-8925; Parish of Orleans, Civil District Court, Div. “J”, No. 87-7428.
Granted.